WEINBERG, ROGER & ROSENFELD

ASHLEY K. IKEDA  2955-0
LORI K. AQUINO    3815-0
Alii Place, Suite 1602
1099 Alakea Street
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:  (808) 528-8881
e-mail:  aikeda@unioncounsel.net


WEINBERG, ROGER & ROSENFELD,
A Professional Corporation

DAVID A. ROSENFELD, *pro hac vice*
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone No.:  (510) 337-1001
Facsimile No.:  (510) 337-1023
e-mail:  drosenfeld@unioncounsel.net


LICHTEN & LISS-RIORDAN, P.C.

HAROLD L. LICHTEN, *pro hac vice*
SHANNON LISS-RIORDAN, *pro hac vice*
HILLARY SCHWAB, *pro hac vice*
Lichten & Liss-Riordan, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
Telephone No.:  (617) 994-5800
Facsimile No.:  (617) 994-5801
e-mail:  hlichten@llrlaw.com
         sliss@llrlaw.com
         hschwab@llrlaw.com

Attorneys for Plaintiffs
BERT VILLON and MARK APANA,
on behalf of themselves and all others
similarly situated

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT VILLON and MARK APANA, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>   vs.<br><br>MARIOTT HOTEL SERVICES, INC., dba WAILEA MARRIOTT RESORT,<br><br>               Defendant. | CIVIL NO.<br>08-00529-LEK-RLP<br><br>STIPULATION TO CLASS PERIOD |

## **STIPULATION TO CLASS PERIOD**

     WHEREAS, Plaintiffs have moved for certification of a class of "all non-managerial food and beverage service employees who, since November 24, 2002, have worked at banquets, functions, events, and small parties, or provided room service, where a service charge was imposed and where a part of that service charge was kept by the Defendant or management without adequate disclosure to customers";

     WHEREAS, Defendant Marriott Hotel Services, Inc. has provided Plaintiffs with documentation showing that it did not manage or own the Wailea Marriott Resort until July 30, 2004;

2

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, that the class period for any class certified pursuant to Plaintiffs' motion for class certification shall run from July 30, 2004 to the present.

Dated:  Boston, Massachusetts, April 26, 2011.

                                                        */s/ Shannon Liss-Riordan*
                                                        SHANNON LISS-RIORDAN
                                                        HAROLD L. LICHTEN
                                                        HILLARY SCHWAB
                                                        ASHLEY K. IKEDA
                                                        LORI K. AQUINO
                                                        DAVID A. ROSENFELD

                                                        Attorneys for Plaintiffs
                                                        BERT VILLON and MARK APANA,
                                                        on behalf of themselves and all others
                                                        similarly situated

                                                        */s/ Richard Rand*
                                                        BARRY W. MARR
                                                        RICHARD M. RAND
                                                        MELANIE MITO MAY

                                                        Attorneys for Defendant
                                                        MARRIOTT HOTEL SERVICES,
                                                        INC.,

APPROVED AND SO ORDERED



                           /s/ Leslie E. Kobayashi
                           Leslie E. Kobayashi
                           United States District Judge