AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| BERT VILLON and MARK APANA | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIVIL NO. 08-00529 LEK-RLP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| MARRIOTT HOTEL SERVICES, INC., DBA WAILEA MARRIOTT | October 29, 2014<br>At 12 o'clock and 39 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered pursuant to the "Order Granting Final Approval of Class Action Settlement And Granting Plaintiffs' Motion For Final Approval Of Class Action Settlement" (ECF No. [211]) filed on May 30, 2014 and the "Court Order Dismissing Plaintiffs' Claims And Directing The Clerk's Office To Close The Case" (ECF No. [213]) filed on October 28, 2014.

| | |
|---|---|
| October 29, 2014 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by EPS |
| | (By) Deputy Clerk |